UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 04-MJ-123 JGL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **SATISFACTION OF** |
| | ) **MONETARY IMPOSITION** |
| WINSTON WENDALL BORDEN, | ) |
| Defendant. | ) |

The Special Assessment of $150.00 and Fine of $6,000.00 in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record in the amount of $6,150.00.

Dated: June 12, 2007

RACHEL K. PAULOSE
United States Attorney

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600